UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>2008 CHEVROLET IMPALA, WASHINGTON LICENSE PLATE AGN2822, VIN: 2G1WB58K189171597,<br><br>                Defendant. | No. CV-13-5035-EFS<br><br>**ORDER GRANTING THE USAO'S MOTION FOR ENTRY OF THE FINAL ORDER OF FORFEITURE** |

    The U.S. Attorney's Office (USAO) asks the Court to enter a final order of forfeiture as to the Claimants' claims and/or potential interests in the 2008 Chevrolet Impala at issue in this case. The Court finds the requested relief appropriate pursuant to 28 U.S.C. §§ 1345, 1355, and 1395.

    On April 22, 2013, the U.S. Marshals Service executed the Warrant of Arrest In Rem. The returned warrant was filed with the Court on May 15, 2013. ECF No. 5. A Notice of Civil Forfeiture Action was posted on the official government website beginning March 29 through April 27, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed on June 14, 2013. ECF Nos. 9, 9-1, & 9-2. At the latest, the claim period expired on May 28, 2013.

ORDER - 1

On or about May 15, 2013, the United States served the Notice of Complaint for Forfeiture, the Verified Complaint for Forfeiture *In Rem*, and the executed Warrant of Arrest *In Rem*, via certified mail, return receipt requested, upon Homero Sanchez Cruz, in care of his attorney, Ricardo Hernandez, as outlined in the Certificate of Service of Notice by Mail filed herein. ECF No. 6 & 6-1. On or about May 20, 2013, the certified mail return receipt "green card" for this mailing was received by the United States. On February 4, 2014, Homero Sanchez Cruz and the United States filed a Stipulation for Order of Forfeiture, pursuant to the terms of his plea agreement, filed in the related Eastern District of Washington criminal case, *United States v. Homero Sanchez Cruz*, Case Number: CR-12-6053-EFS-7. Homero Sanchez Cruz agreed in the stipulation to the forfeiture of the Defendant vehicle and waived any further hearing and notice of the forfeiture.

On or about May 15, 2013, the United States served the Notice of Complaint for Forfeiture, the Verified Complaint for Forfeiture *In Rem*, and the executed Warrant of Arrest *In Rem*, via certified mail, return receipt requested, upon Teresa Birrueta Baltazar, as outlined in the Certificate of Service of Notice by Mail. ECF No. 7 & 7-1. On or about May 22, 2013, the mailing was received by the USAO stamped "Return to Sender" with a handwritten circle around "Birrueta" on the mailing label and on the return receipt "green card" on the back of the mailing. On or about May 22, 2013, the United States served the Notice of Complaint for Forfeiture, the Verified Complaint for Forfeiture *In Rem*, and the executed Warrant of Arrest *In Rem*, via certified mail, return receipt requested, upon Teresa Birrueta Baltazar, as outlined in the Certificate

ORDER - 2

of Service of Notice by Mail.  ECF No. 8 & 8-1.  On or about May 28, 2013, the certified mail return receipt "green card" for this mailing was received by the United States.  Based upon the receipt of the "green card," the United States contends that Teresa Birrueta Baltazar was properly served.

The Notice of Complaint for Forfeiture stated that Ms. Birrueta Baltazar's Claim was due June 26, 2013, and that an Answer to the Complaint or a Rule 12 motion was due 21 days after the filing of a Verified Claim.  ECF No. 8-1.  On June 26, 2013, Ms. Birrueta Baltazar filed a claim. ECF No. 10.  Based upon the June 26, 2013, claim filing date, pursuant to Supplemental Rule G(5)(b), her answer to the Complaint or Rule 12 motion was due no later than July 17, 2013.  To date, Ms. Birrueta Baltazar has neither filed an answer or a motion, nor moved for an extension of time in which to do so.  On July 29, 2014, Ms. Birrueta Baltazar failed to appear at the court-scheduled telephonic scheduling conference.  In the hearing minutes, the Court indicates that the Notice Resetting Scheduling Conference "was mailed to Ms. Birrueta Baltazar at the address on file and was not returned as undeliverable". ECF No. 22.

On September 12, 2014, the United States filed its Motion for Order Striking Claim. ECF No. 23 and 23-1.  On September 12, 2014, the United States served a copy of the Motion for Order Striking Claim, and proposed Order, via certified mail, return receipt requested, upon Teresa Birrueta Baltazar.  On or about October 6, 2014, the mailing was received by the USAO, with a printed label affixed to it with "Return to Sender" "Unclaimed" and "Unable to Forward" and handwritten notations

1  of "9/13," "9-20," and "9-28."  U.S. Postal online tracking records
2  indicate "Notice Left (No Authorized Recipient Available)" on September
3  13, 2014.  On October 7, 2014, the Court entered an Order granting the
4  USAO's motion for order striking claim.

5  The record reflects that any and all potential claimants' interests
6  in the Defendant vehicle have been resolved by the Stipulation for Order
7  of Forfeiture, entered by the United States and Homero Sanchez Cruz;
8  and, through the entry of the Court's Order striking claim as to Teresa
9  Birrueta Baltazar.  And because no other timely claims have been made
10 to the Defendant property, **IT IS HEREBY ORDERED**:

11  1.  The USAO's Motion for Entry of the Final Order of Forfeiture,
12      **ECF No. 25**, is **GRANTED**.
13  2.  The Defendant property, a 2008 Chevrolet Impala, Washington
14      License Plate AGN2822, VIN: 2G1WB58K189171597, is **FORFEITED**
15      to the United States of America, and no right, title, or
16      interest shall exist in any other person.
17  3.  The United States shall dispose of the forfeited property in
18      accordance with the law.

19  **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this
20 Order and provide copies to all counsel and Ms. Baltazar.

21  **DATED** this   14th   day of November 2014.

23              s/Edward F. Shea
                EDWARD F. SHEA
24          Senior United States District Judge

Q:\EFS\Civil\2013\5035.forfeit.lc1.docx

ORDER - 4